479 A.2d 1116

Zaleski, et al. v. Madylus, et al., Appellants.

Argued May 10, 1984. Barry L. Rush, for appellant; Howard Garbeil, for appellee.

Before WICKERSHAM, WIEAND and HOFFMAN, JJ.

Order affirmed.

July 11, 1984.

479 A.2d 1116

Solinger v. Kostas, Appellant.

Argued July 10, 1984. Nicholas J. Kostas, appellant, in propria persona; H.H. Heilman, Jr., for appellee.

Before ROWLEY, HESTER and ROBERTS, JJ.

Order affirmed.